**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUSTIN OSBORN, | ) | FILED |
| | ) | MARCH 13, 2008    TC |
| Plaintiff, | ) | JUDGE BUCKLO |
| | ) | MAGISTRATE JUDGE MASON |
| vs. | ) | Civil Action No. |
| | ) | 08CV1502 |
| APEX FINANCIAL MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, JUSTIN OSBORN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, APEX FINANCIAL MANAGEMENT, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1.      This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2.      Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3.      Plaintiff, Justin Osborn ("Plaintiff"), is an individual who was at all relevant times residing in the City of Lawrenceburg, State of Indiana.

4.      At all relevant times herein, Defendant, Apex Financial Management, LLC, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Providian.

5.     Defendant is a corporation that has its principal place of business and its offices located in Northbrook, Illinois.

<u>**ALLEGATIONS**</u>
<u>**COUNT I**</u>
<u>**VIOLATIONS OF THE FDCPA v. APEX FINANCIAL MANAGEMENT, LLC**</u>

6.     On December 13, 2007, Plaintiff received a debt collection letter from Defendant attempting to collect a debt allegedly owed to Providian.

7.     Since the initial debt collection letter Plaintiff has never personally received a telephone call from Defendant.

8.     Despite knowing Plaintiff's whereabouts, Defendant has continued to contact Plaintiff's mother, father-in-law and neighbor on multiple occasions looking for Plaintiff.

9.     In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

      a.     Communicated with any person other than the consumer on more than one occasion for the purpose of acquiring location information about the consumer in violation of 15 U.S.C. § 1692b(3);

10.     As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, JUSTIN OSBORN, by and through his attorneys, respectfully prays for judgment as follows:

a.     All actual compensatory damages suffered;

b.     Statutory damages of $1,000.00 for Plaintiff;

c.     Plaintiff's attorneys' fees and costs;

d.     Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**JUSTIN OSBORN**


By:   s/ Larry P. Smith
Attorney for Plaintiff


LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911