IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN OSBORN,<br><br>      Plaintiff,<br><br>v.<br><br>APEX FINANCIAL MANAGEMENT, LLC,<br><br>      Defendant. | Case No. 08 CV 1502<br><br>Judge: Bucklo |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD**

Defendant, APEX FINANCIAL MANAGEMENT, LLC ("Apex"), by and through its attorneys, David M. Schultz and Nabil G. Foster with Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure Rule 6(b) respectfully request this Court to grant Defendant an enlargement of time of twenty-eight (28) days, up to and including May 21, 2008, to file its responsive pleading to Plaintiff's Complaint. In support of its motion, Defendant states the following.

    1.    This case involves an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1962. Essentially, Plaintiff alleges Defendant communicated with other individuals to locate the Plaintiff.

    2.    Upon receipt of the instant lawsuit, Defendant's counsel contacted Plaintiff's counsel to request an extension of time to answer as well as a settlement demand.

    3.    Plaintiff's counsel provided a settlement demand and agreed to an extension of time for Defendants to answer the complaint.

4. The parties continue to discuss possible settlement of this case and if the case is not resolved in the next 28 days, Apex seeks an enlargement of time and leave of court to file its answer and affirmative defenses.

5. Counsel for Apex requests an additional 28 days to continue settlement discussions with Plaintiff and prepare a responsive pleading to the Complaint.

6. The additional time is not meant for purposes of delay or harassment.

7. Plaintiff's counsel has no objection to this motion.

WHEREFORE, Defendant, APEX FINANCIAL MANAGEMENT, LLC, respectfully requests this Court vacate any default against Defendant, grant Defendant leave to file its responsive pleading and grant an enlargement of time of 28 days, up to and including May 21, 2008, to file its responsive pleading to Plaintiff's Complaint.

Date: April 23, 2008

Respectfully submitted,

By: s/ Nabil G. Foster
Attorney for Defendant,
APEX FINANCIAL MANAGEMENT, LLC

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
            nfoster@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 23th day of April 2008.

| | |
|---|---|
| _X_  CM/ECF<br>___ Facsimile<br>___ Federal Express<br>___ Mail<br>___ Messenger | *Attorneys for Plaintiff(s)*<br>Larry P. Smith<br>Larry P. Smith & Associates, Ltd.<br>205 N. Michigan Ave., 40th Floor<br>Chicago, IL 60601<br>Ph. (312) 222-9028<br>Fax (312) 602-3911<br>e-mail: lsmith@lpsmithlaw.com |
| | s/ Nabil G. Foster<br>Attorney for Defendant,<br>APEX FINANCIAL MANAGEMENT, LLC |
| David M. Schultz (Atty. No. 6197596)<br>Nabil G. Foster (Atty. No. 6273877)<br>Attorneys for Defendant<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>Phone No: (312) 704-3000<br>Fax No: (312) 704-3001<br>E-mail Address: dschultz@hinshawlaw.com<br>                      nfoster@hinshawlaw.com | |