## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JUSTIN OSBORN,

        Plaintiff,

    v.

APEX FINANCIAL MANAGEMENT, LLC,

        Defendant.

Case No. 08-cv-01502
Judge Elaine E. Bucklo

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **TUESDAY, APRIL 29, 2008** AT **9:30** A.M. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any Judge sitting in her stead in Courtroom 1441 of the District Court for the Northern District of Illinois, Eastern Division, 219 South South Dearborn Street, Chicago, Illinois, 60604, and then and there present **Defendant's Motion For An Enlargement Of Time To File An Answer Or Otherwise Plead,** a copy of which is served upon you along with this: (1) notice of motion.

**DEFENDANT APEX FINANCIAL MANAGEMENT, LLC**

By: /s/ Nabil G. Foster
One of its attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No:  (312) 704-3000
Fax No:  (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
              nfoster@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Defendant's Motion to Vacate Any Technical Default And For An Enlargement Of Time To File An Answer Or Otherwise Plead** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 11th day of January, 2008.

_X_　CM/ECF
___　Facsimile
___　Federal Express
___　Mail
___　Messenger

*Attorneys for Plaintiff(s)*
Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph. (312) 222-9028
Fax (312) 602-3911
e-mail: lsmith@lpsmithlaw.com

s/Nabil G. Foster
One of Its Attorneys

David M. Schultz (Atty. No. 6197596)
Nabil G. Foster (Atty. No. 6273877)
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Phone No: (312) 704-3000
Fax No: (312) 704-3001
E-mail Address: dschultz@hinshawlaw.com
　　　　　　　　nfoster@hinshawlaw.com