**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Justin Osborn
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01502
                                                Honorable Elaine E. Bucklo

Apex Financial Management, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Based upon representation that the parties have reached a settlement, the status hearing scheduled for 5/23/2008 is stricken. It is hereby ordered that this action is dismissed with prejudice.Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.